

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-12-00462-CR

Trial Court Cause
Number:     18938

Style:     Kenneth Dale Childers, Jr.

    **v** The State of Texas

Date motion filed[*]:     March 27, 2013

Type of motion:     Motion for Extension of Time to File Appellant's Pro Se Brief or Response to Anders Brief

Party filing motion:     Appellant

Document to be filed:     Pro se response

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:     February 4, 2013

    Number of previous extensions granted:     1

    Date Requested:     May 6, 2013

Ordered that motion is:

    ☒   Granted

       If document is to be filed, document due: **May 6, 2013**

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☒ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____


Judge's signature: /s/ Justice Michael Massengale
       ☒ Acting individually     ☐ Acting for the Court

Panel consists of

Date: March 29, 2013